```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 15-41631 WJL |
| **TROY ALLEN EMRY,** | Chapter 13 |
| Debtor. | DECLARATION OF DEBTOR IN SUPPORT OF STEP-UP PAYMENTS |
| _____/ | |

I, Troy Allen Emry, declare:

1. I am the debtor in the above-captioned case.

2. I declare that my brother and I are in the process of forming a business, the projected profits of which will justify the step-up payments.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed in Oakland, California on the date set forth below.

Dated: June 25, 2015          /s/ Troy Allen Emry
                              TROY ALLEN EMRY