```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-41631 WJL** |
| **TROY ALLEN EMRY,** | **Chapter 13** |
| **Debtor.** | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

    The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as outlined in the Modified Chapter 13 Plan attached hereto as Exhibit A.

    The modification is sought on the following grounds:

    Debtor recently opened a small business which has been slow to generate income. At the present time debtor is only able to afford a Chapter 13 plan payment $1,400 per month.

Dated: August 14, 2017

                                     /s/ Patrick L. Forte
                                     PATRICK L. FORTE
                                     Attorney for Debtor