```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-41631 WJL** |
| **TROY ALLEN EMRY,** | **Chapter 13** |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORT OF ORDER MODIFYING PLAN** |

I, Troy Allen Emry, declare:

1. I am the above named debtor.

2. I recently opened a small business which has been slow to generate income. At the present time I am only able to afford a Chapter 13 plan payment of $1,400.00 per month.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 14, 2017 at Oakland, California

/s/ Troy Allen Emry
TROY ALLEN EMRY

Declaration of Debtor in Support of Order Modifying Plan