```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-41631 WJL** |
| **TROY ALLEN EMRY,** | **Chapter 13** |
| Debtor. | **RESPONSE TO TRUSTEE'S MOTION TO DISMISS** |

Troy Allen Emry ("Debtor") responds to the Trustee's Motion to Dismiss as follows:

Debtor will be filing a motion to modify his Chapter 13 plan shortly in order to propose a feasible Chapter 13 plan payment and to cure the default of his plan payments.

Dated: October 20, 2017

                                                            /s/ Patrick L. Forte
                                                            PATRICK L. FORTE
                                                            Attorney for Debtor